UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

John Doe
                         Plaintiff,

v.                                           Case No.: 1:18−cv−07335
                                                        Honorable Gary Feinerman

Loyola University Chicago
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Initial written discovery requests shall be served by 3/31/2019. Fact discovery shall close 9/30/2019. Rule 26(a)(2) disclosures shall be served by 11/4/2019. Rebuttal Rule 26(a)(2) disclosures shall be served by 12/2/2019. Dispositive motions shall be filed by 12/13/2019. Motions to amend the pleadings or add new parties shall be filed by 7/31/2019. Defendant's motion to dismiss [27] is entered and continued. Plaintiff shall respond to the motion by 2/25/2019; Defendant's reply due by 3/11/2019. Motion hearing set for 2/5/2019 [30] is stricken. The status hearing set for 2/5/2019 [29] is stricken and re−set for 3/14/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.