**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

John Doe
                        Plaintiff,

v.                                       Case No.: 1:18−cv−07335
                                                      Honorable Gary Feinerman

Loyola University Chicago
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 14, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 5/22/2019 at 9:00 a.m. Oral argument held on Defendant's partial motion to dismiss [27]. The motion is taken under advisement.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.