UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

John Doe
                              Plaintiff,

v.                                               Case No.: 1:18–cv–07335
                                                     Honorable Steven C. Seeger

Loyola University Chicago
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 27, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's agreed motion for extension of discovery and dispositive motion deadlines (Dckt. No. [75]) is hereby granted. Fact discovery will close on May 28, 2020. Expert disclosures under Rule 26(a)(2) are due on May 18, 2020. Rebuttal expert disclosures are due by June 16, 2020. Motions for summary judgment are due by July 16, 2020. The status and motion hearing set for January 28, 2020 are stricken. Status hearing set for July 8, 2020 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.