UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>LOYOLA UNIVERSITY CHICAGO,<br><br>    Defendant. | No. 1:18-cv-7335<br><br>Hon. Steven Seeger<br><br>Magistrate Judge Jeffrey T. Gilbert<br>Courtroom 1386 |

### ORDER

This case is before the Court on Plaintiff's Motion to Compel [Dkt. 104 and 105] and Plaintiff's Oral Motion to Compel made in open Court on September 25, 2020 (collectively, the "Motions"), and, having considered the briefs and arguments of counsel for the parties:

IT IS HEREBY ORDERED THAT:

1. The Court hereby grants the Motions without objection from Defendant, other than Defendant's position concerning whether certain relief ordered herein was requested in Dkt. 104 and 105. The Court also recognizes that Defendant says it already was in the process of gathering for production much of the information Plaintiff is requesting so the Motion may not have been necessary.

2. By September 28, 2020, Defendant shall produce the February 2, 2017-email described by Mr. Love in his deposition as a 30(b)(6) witness.

3. By October 5, 2020, Defendant shall produce the following information to Plaintiff: (1) the status and gender of the Complainant, Respondent, and Witnesses identified in the chart that appears as Exhibit 1 to Plaintiff's Reply Brief [Dkt. 109-1], (2) the investigative interviews that occurred between December 12, 2016 and January 18, 2017 and the cases in which those interviews occurred, and (3) sworn certification regarding the information contained as to all information provided in response to Plaintiff's Interrogatories, including the foregoing information.

Dated: September 25, 2020

So ordered:

_____
Honorable Jeffrey T. Gilbert
United States Magistrate Judge