# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe
                          Plaintiff,

v.                                                Case No.: 1:18–cv–07335
                                                             Honorable Steven C. Seeger

Loyola University Chicago
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephonic status hearing held on 11/23/20. Fact discovery is completed. Both sides served their expert reports. The parties shall file a notice of confirmed dates for expert depositions by 12/11/20. If dates for all necessary expert depositions have not been confirmed by that time, the parties should indicate when they will be able to file an updated report with confirmed dates for all the expert depositions that will be taken. The Court also inquired about the possibility of settlement and it does not appear that settlement is a realistic possibility in this case at this time. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.