IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LOYOLA UNIVERSITY CHICAGO,<br><br>    Defendant. | No. 1:18-cv-7335<br><br>Hon. Steven Seeger<br><br>Magistrate Judge Jeffrey T. Gilbert<br>Courtroom 1386 |

**JOINT STATUS REPORT OF EXPERT DEPOSITION DATES**

  Pursuant to this Magistrate Judge Gilbert's order, dated November 23, 2020, Plaintiff John Doe ("Plaintiff") and Defendant Loyola University Chicago ("Defendant") jointly submit the following status report regarding efforts to set deposition dates for their respective experts.

  1. Dates for all but one expert witness deposition have been confirmed, and the parties have a tentative date they are working with for the last deposition. Since November 23, 2020, Defendant has sought to depose four of Plaintiff's expert witnesses. Three of those depositions have been set: Mr. Brett Sokolow was deposed on December 10, 2020; Ms. Hanna Stotland's deposition is set for December 22, 2020; and Mr. Steven Shedlin's deposition is set for January 7, 2021. The parties have also tentatively agreed to depose the fourth of Plaintiff's experts, Mr. Chad Staller, on January 13, 2021.

  2. The parties have set the following dates for Defendant's expert witnesses: Mr. Kurt Krueger's deposition is scheduled for January 20, 2021 and Mr. William Rogers's deposition is scheduled for January 22, 2021.

  3. As noted above, the January 13, 2021 date is the earliest date available for Mr. Staller and counsel to both parties. Defendant advises that it needs to depose Mr. Staller in advance of its summary judgment filing as opinions expressed in his report address gender bias,

which will be at issue in Defendant's summary judgment motion. The current summary judgment filing deadline is January 13, 2021. On December 11, 2020, when discussing confirmation of other expert deposition dates and confirming that no earlier date works for all necessary attendees for Mr. Staller's deposition, Plaintiff's counsel explained that Plaintiff, based on Judge Seeger's previous order discouraging the parties from seeking extensions, would not join Defendant's motion to request for an extension of the summary judgment deadline. Concurrently with this filing, Defendant is filing a motion for a three-week extension of the summary judgment deadline with Judge Seeger.

|  |  |
|---|---|
| /s/ Jonathan M. Cyrluk | /s/ Peter G. Land |
| Jonathan M. Cyrluk | Peter G. Land |
| CARPENTER LIPPS & LELAND LLP | Gwendolyn Morales |
| 180 North LaSalle Street, Suite 2105 | HUSCH BLACKWELL LLP |
| Chicago, IL 60601 | 120 South Riverside Plaza, Suite 2200 |
| 312.777.4820 | Chicago, IL 60606 |
| cyrluk@carpenterlipps.com | 312.526.1631 |
|  | Peter.Land@huschblackwell.com |
| Patricia M. Hamill | Gwendolyn.Morales@huschblackwell.com |
| Lorie Dakessian |  |
| CONRAD O'BRIEN PC | *Counsel for Defendant* |
| Centre Square, West Tower |  |
| 1500 Market Street, Suite 3900 |  |
| Philadelphia, PA 19102-2100 |  |
| phamill@conradobrien.com |  |
| ldakessian@conradobrien.com |  |
| *Counsel for Plaintiff* |  |