UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> LOYOLA UNIVERSITY CHICAGO, <br><br> Defendant. | No. 1:18-cv-7335 <br><br> Hon. Steven Seeger <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY
FOR BREACH OF CONTRACT IN COUNT II OF AMENDED COMPLAINT**

Plaintiff John Doe, through counsel and pursuant to Fed. R. Civ. P 56, respectfully requests that the Court enter summary judgment as to the liability of Defendant Loyola University Chicago for breach of contract as alleged in Count II of Plaintiff's Amended Complaint. In support thereof, Plaintiff refers to and incorporates herein his contemporaneously filed Memorandum of Law and Local Rule 56.1(a)(2) Statement of Undisputed Material Facts contemporaneously filed in support of this motion.

Wherefore, Plaintiff respectfully requests that the Court enter partial summary judgment as to Defendant's liability in Count II of the Amended Complaint and grant such other and further relief that the Court deems just and proper.

2

Dated: February 3, 2021                                  Respectfully submitted,

                                                               JOHN DOE

                                                      By:      /s/Jonathan M. Cyrluk
                                                                *One of John Doe's Attorneys*

Jonathan M. Cyrluk
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
Email: cyrluk@carpenterlipps.com

Patricia M. Hamill
Lorie K. Dakessian
CONRAD O'BRIEN PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, Pennsylvania 19102-2100
Email: phamill@conradobrien.com
        ldakessian@conradobrien.com

**CERTIFICATE OF SERVICE**

      I, Jonathan M. Cyrluk, an attorney, hereby certify that, on February 3, 2021, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

                                               /s/Jonathan M. Cyrluk
                                      Jonathan M. Cyrluk
                                      CARPENTER LIPPS & LELAND LLP
                                      180 North LaSalle Street, Suite 2105
                                      Chicago, Illinois 60601
                                      312-777-4820 (direct)
                                      312-777-4839 (fax)
                                      cyrluk@carpenterlipps.com