# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

                      Plaintiff,

v.                                             Case No.: 1:18–cv–07335
                                                             Honorable Steven C. Seeger

Loyola University Chicago

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2021:

       MINUTE entry before the Honorable Steven C. Seeger: The Parties' Joint Motion for Extension of Time to File Responses and Replies to Summary Judgment Motions (Dckt. No. [148]) is hereby granted. Responses are due on March 17, 2021, and replies are due by April 7, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.