UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Case No: 18-CV-7335 |
| | ) |
| v. | ) Hon. Steven C. Seeger |
| | ) |
| LOYOLA UNIVERSITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LOYOLA UNIVERSITY OF CHICAGO'S
MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS BILL OF COSTS**

Defendant, Loyola University of Chicago, by and through its counsel, respectfully requests this Court grant it leave to file a reply brief in support of its Bill of Costs, and allow Defendant until November 18, 2022 to file its reply. In support of this Motion, Defendant states as follows:

1. On September 30, 2022, judgment was entered in this action in favor of Defendant and against Plaintiff. Dkt. 181, 182.

2. On October 17, 2022, Defendant filed its Bill of Costs pursuant to Northern District of Illinois Local Rule 54.1. Dkt. 183.

3. On October 19, 2022, the Court entered a Minute Entry stating that the Court had reviewed the bill of costs and setting a deadline of November 4, 2022 for Plaintiff to file any objections. Dkt. 184.

4. Plaintiff filed his response to Defendant's bill of costs on November 4, 2022. Dkt. 190. Plaintiff's response seeks to cut the costs sought by Defendant by approximately 75%, including based on arguments that that it was not necessary for Defendant to order transcripts from 13 of the 29 depositions taken in this case and that Defendant is not entitled to recover costs for

i

any transcript other than that for Plaintiff's deposition at the rate charged by the court reporter or the rate established by Local Rule 54.1 for copies of "original" transcripts. *See id.* at pp. 3-4.

5. Defendant seeks leave to file a reply brief to respond to these arguments, including to explain the necessity of the deposition transcripts it obtained and the propriety of its cost calculations under applicable case law.

6. If the Court permits Defendant leave to file a reply brief, Defendant respectfully requests that it be given until November 18, 2022 to file such reply.

WHEREFORE, Defendant respectfully requests that this Court grant it leave to file a reply brief in support of its Bill of Costs on or before November 18, 2022.

>Respectfully submitted,
>
>LOYOLA UNIVERSITY OF CHICAGO,
>
>By:     */s/*Peter G. Land
>           One of Its Attorneys

Peter G. Land
Peter.Land@huschblackwell.com
Gwendolyn Morales
Gwendolyn.Morales@huschblackwell.com
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
312.526.1631

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the foregoing **DEFENDANT LOYOLA UNIVERSITY OF CHICAGO'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF BILL OF COSTS** to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following counsel of record this 11th day of November, 2022:

>Jonathan M. Cyrluk
>CARPENTER LIPPS & LELAND LLP
>180 North LaSalle Street Suite 2105
>Chicago, IL 60601
>Email: cyrluk@carpenterlipps.com


>Patricia M. Hamill
>Lorie Dakessian
>CONRAD O'BRIEN PC
>Centre Square, West Tower
>1500 Market Street, Suite 3900
>Philadelphia, PA 19102-2100
>Email: phamill@conradobrien.com
>        ldakessian@conradobrien.com

/s/   Peter G. Land