# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MATTHEW METZLER, formerly proceeding as John Doe,

Plaintiff,

v.

LOYOLA UNIVERSITY CHICAGO,

Defendant.

Case No. 1:18-cv-7335

Judge Steven C. Seeger

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Loyola University Chicago
and against plaintiff(s) Matthew Metzler (formerly proceeding as John Doe)

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion for summary judgment (Dckt. No. [130]). The case remains closed.

Date: 10/17/2024                    Thomas G. Bruton, Clerk of Court

                                    Jessica J. Ramos, Deputy Clerk